JS-6

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA CONNER,<br><br>           Plaintiff,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND<br>HEALTH INSURANCE COMPANY,<br><br>           Defendant. | Case No.: CV 13-8098 PA (JCGx)<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)** |

Based upon the stipulation of the parties, and for good cause shown:

IT IS HEREBY ORDERED that this action, Case No. CV 13-8098 PA (JCGx) is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

DATED: February 4, 2014          BY: _____
                                              Honorable Percy Anderson
                                              United States District Court Judge